UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| CYCLE TOWER SERVICE, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| RELIABLE BROADCAST, INC., f/k/a OT LIGHTING, INC. and TOWER INNOVATIONS, LLC, | ) | |
| Defendants. | ) | |
| and | ) | |
| RELIABLE BROADCAST, INC., f/k/a OT LIGHTING, INC. | ) | |
| Defendant/Third-Party Plaintiff, | ) | |
| v. | ) | No: 5:07-CV-302-BR |
| PCS LINK, LLC, INDUSTRIAL ENGINEERING and TESTING SERVICES, P.C., HUBBELL POWER SYSTEMS, INC., d/b/a A.B. CHANCE and TWO RIVERS SITE DEVELOPMENT, INC., | ) | |
| Third-Party Defendants. | ) | |
| LIBERTY INDUSTRIES, L.C. d/b/a TOWER INNOVATIONS AND TOWER INNOVATIONS, LLC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No: 5:07-CV-350-FL |
| PCS LINK, LLC., INDUSTRIAL ENGINEERING | ) | |

| | |
|---|---|
| AND TESTING SERVICES, P.C., HUBBELL | ) |
| POWER SYSTEMS, INC. d/b/a A.B. | ) |
| CHANCE, and TWO RIVERS SITE | ) |
| DEVELOPMENT, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the court on the joint motions to consolidate these cases for all proceedings. Cycle Tower Service, LLC consents only to consolidation for all pretrial proceedings. For the reasons stated in the memoranda filed in support, and with the concurrence of Chief Judge Louise W. Flanagan, the motions are ALLOWED, and the cases are consolidated for all purposes. Cycle Tower Service, LLC shall have the right to move for bifurcation. The Clerk is DIRECTED to reassign No. 5:07-CV-350 to the undersigned. Any document filed in this consolidated action should be bear both case captions but **shall be filed only in No. 5:07-CV-302.**

This 7 January 2008.

_____
W. Earl Britt
Senior U.S. District Judge